UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 15 P 12: 11

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| DIRECTV, INC., | ) |
| Plaintiff | ) |
| v. | )  Civil Action 3:03CV925-CFD |
| ORLANDO GARCIA, | ) |
| Defendant | ) |

## APPEARANCE

Please enter my appearance as counsel in this case for the defendant, Orlando Garcia.

_____
Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
978-371-2296 (fax)
CT Bar #24512


Connecticut address pursuant to Local Rule 83.1(c):

Mirto, Ketaineck, Barrett & DiCrosta, P.C.
P.O. Box 428
West Haven CT 06516

## Certificate of Service

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to John M. McLaughlin, Esquire, 31 Trumbull Rd., Northampton MA 01060.

Dated: 3/12/04