UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 15 P 12: 11

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| DIRECTV, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action 3:03CV925-CFD |
| ) | |
| ) | |
| ORLANDO GARCIA, ) | |
| ) | |
| Defendant ) | |

## MOTION TO REMOVE DEFAULT AND FILE ANSWER LATE
(Assented To)

Defendant Orlando Garcia hereby moves that this Honorable Court remove the default entered against him on August 28, 2003 and that he be permitted to file an Answer to plaintiff's Complaint. As grounds for the instant motion, defendant states that due to financial constraints he had previously been unable to retain an attorney, but has now managed to do so and intends in good faith to vigorously defend this action. Defendant's proposed Answer is appended hereto.

Plaintiff's counsel has indicated that he assents to this motion.

_____
Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
978-371-2296 (fax)
CT Bar #24512

Connecticut address pursuant to Local Rule 83.1(c):

>Mirto, Ketaineck, Barrett & DiCrosta, P.C.
>P.O. Box 428
>West Haven CT 06516

## Certificate of Service

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to John M. McLaughlin, Esquire, 31 Trumbull Rd., Northampton MA 01060.

Dated: 3/12/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRECTV, INC., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>ORLANDO GARCIA, )<br>)<br>Defendant ) | Civil Action 3:03CV0925-CFD |

## ANSWER AND JURY DEMAND

COMES NOW the defendant, through counsel undersigned, and answering the plaintiff's complaint states:

1. Defendant lacks sufficient information to admit or deny the allegations of paragraph 1, and therefore denies same.

2. Defendant denies the allegations of paragraph 2.

3. Defendant admits the allegations of paragraphs 3 and 4.

4. Defendant lacks sufficient information to admit or deny the allegations of paragraphs 5 – 11, and therefore denies same.

5. Defendant denies the allegations of paragraphs 12 – 22.

6. In response to paragraph 23, defendant restates his responses to paragraphs 1 – 22.

7. Defendant denies the allegations of paragraphs 24 – 29.

8. In response to paragraph 30, defendant restates his answer to paragraphs 1 – 29.

9. Defendant denies the allegations of paragraphs 31 – 36.

10. In response to paragraph 37, defendant restates his answer to paragraphs 1 – 36.

11. Defendant denies the allegations of paragraphs 38 – 43.

12. In response to paragraph 44, defendant restates his answer to paragraphs 1 – 43.

13. Defendant denies the allegations of paragraphs 45 – 49.

### First Affirmative Defense

The complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Any and all claims asserted in the complaint are barred by the relevant statutes of limitations.

### Third Affirmative Defense

Plaintiff's claims are barred by estoppel.

### Fourth Affirmative Defense

Plaintiff's claims are barred by laches.

### Fifth Affirmative Defense

Plaintiff's claims are barred by its failure and refusal to mitigate damages.

### Sixth Affirmative Defense

Plaintiff lacks standing to bring the instant action.


WHEREFORE, defendant prays that this Honorable Court dismiss the complaint, award defendant attorney's fees and costs of suit pursuant to 28 U.S.C. 1927, and award defendant such additional relief as the Court shall deem just and proper.


### JURY DEMAND

Defendant requests trial by jury on all issues and claims so triable.

_[signature]_
Kenneth D. Quat
BBO#408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
978-371-2296 (fax)
CT Bar #24512

Connecticut address pursuant to Local Rule 83.1(c):

Mirto, Ketaineck, Barrett & DiCrosta, P.C.
P.O. Box 428
West Haven CT 06516

## Certificate of Service

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to John M. McLaughlin, Esquire, McLaughlin Sacks LLC, 31 Trumbull Rd., Northampton MA 01060.

_[signature]_

Dated: 3/12/04

3