UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 15 P 12: 11

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| DIRECTV, INC., | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Civil Action 3:03CV925-CFD |
| ORLANDO GARCIA, | ) ) ) |
| Defendant | ) ) |

## JOINT STATUS REPORT

The parties hereby submit this joint status report in response to this Court's order of February 24, 2004.

A. <u>Nature of the Case</u>

1. Plaintiff filed this lawsuit seeking damages and injunctive relief due to the alleged unlawful interception of its satellite broadcasting signal by defendant.

2. The only motion pending at the present time is defendant's motion to remove the default entered against him on August 28, 2003, while proceeding *pro se*.

3. Defendant has requested trial by jury.

B. <u>Discovery</u>

1. No discovery has been conducted to date, as defendant has only just retained counsel. The parties request that the Court adopt the proposed Case Management Plan appended hereto.

C. <u>Settlement</u>

1. No settlement discussions or conferences have occurred to date. The parties do not believe that a settlement conference would be beneficial at this time, but may be beneficial at a later date after sufficient discovery has been conducted.

D. Trial Preparation

1. As per the proposed Case Management Plan, the parties expect the case to be ready for trial by March 1, 2005, with a joint trial memorandum to be filed by January 3, 2005.

_____
Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
978-371-2296 (fax)
CT Bar #24512

_____
John M. McLaughlin
McLaughlin Sacks LLC
31 Trumbull Rd.
Northampton MA 01060
Tel 413-586-0865
Ct. Fed. Bar 16988