03cv925mtnrem

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 15 P 12: 11

U.S. DISTRICT COURT
HARTFORD, CT.

DIRECTV, INC., )
)
        Plaintiff )
)
v. )    Civil Action 3:03CV925-CFD
)
)
ORLANDO GARCIA, )
)
        Defendant )

**GRANTED, absent objection**
**It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT 4/26/04

## MOTION TO REMOVE DEFAULT AND FILE ANSWER LATE
### (Assented To)

    Defendant Orlando Garcia hereby moves that this Honorable Court remove the default entered against him on August 28, 2003 and that he be permitted to file an Answer to plaintiff's Complaint. As grounds for the instant motion, defendant states that due to financial constraints he had previously been unable to retain an attorney, but has now managed to do so and intends in good faith to vigorously defend this action. Defendant's proposed Answer is appended hereto.

    Plaintiff's counsel has indicated that he assents to this motion.

Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
978-371-2296 (fax)
CT Bar #24512