FILED

2004 MAR 15 P 12: 11

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DIRECTV, INC., )
 )
      Plaintiff )
 )
v. )   Civil Action 3:03CV925-CFD
 )
ORLANDO GARCIA, )
 )
      Defendant )

**GRANTED. It is so ordered.**
Christopher F. Droney, U.S.D.J.
Hartford, CT

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties hereby jointly move that the scheduling order issued by this Court on May 23, 2003 be modified as set forth herein.

1. All amendments to the pleadings shall be accomplished no later than May 31, 2004.

2. The parties will complete all discovery by September 30, 2004. Reports from plaintiff's experts shall be furnished no later than July 1, 2004. Reports from defendant's experts shall be furnished no later than August 1, 2004.

3. All motions for summary judgment are to be filed by October 31, 2004.

4. The joint trial memorandum shall be filed by January 3, 2005. The case will be ready for trial by March 1, 2005.