UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action 3:03CV925-CFD |
| | ) | |
| | ) | |
| ORLANDO GARCIA, | ) | |
| | ) | |
| Defendant | ) | |

**MOTION TO WITHDRAW**

COMES NOW Kenneth D. Quat, Esquire, and hereby moves this Honorable

Court that he be permitted to withdraw as counsel for defendant in this action.  In support

hereof, the moveant states that there has been a breakdown in communication between

himself and defendant, as well as difficulties with respect to the terms on which the

moveant was retained, which render it impossible for the moveant to continue to provide

effective representation for defendant.

_____
Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
978-371-2296 (fax)
CT Bar #24512

2

Connecticut address pursuant to Local Rule 83.1(c):

> Mirto, Ketaineck, Barrett & DiCrosta, P.C.
> P.O. Box 428
> West Haven CT 06516

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to John M. McLaughlin, Esquire, Green, Miles, Lipton & Fitz-gibbon, P.O. Box 210, Northampton MA 01061, and Orlando Garcia, 93 Derby Street, New Britain CT 06053

_____

Dated: