UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRECTV, Inc. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Orlando Garcia )<br>)<br>Defendant ) | CIVIL ACTION<br>NO. 303CV0925CFD<br><br>PLAINTIFF'S RESPONSE TO NOTICE<br>TO COUNSEL AND ASSENTED-TO<br>MOTION FOR MEDIATION |

Now comes the Plaintiff in the above-entitled action and it hereby moves, with the assent of the Defendant, to submit this dispute to non-binding mediation, before a Senior Judge, Magistrate, or a volunteer Para-Judicial through the Court administered program. As grounds for this motion the plaintiff's submits the following:

1. On July 9, 2004, the Plaintiff served discovery requests upon the Defendant's prior attorney;

2. The Defendant's prior attorney did not respond to these discovery requests;

3. On September 21, 2004, the Defendant's prior attorney filed a motion to withdraw as counsel, namely claiming a breakdown in communications between the Defendant and his Attorney as one of the grounds for the motion;

4. The motion to withdraw was granted in February of 2005;

5. There has still been no response to the Plaintiff's Discovery;

6. Recently, the Plaintiff and the Defendant agreed to submit this case to court administered non-binding mediation.

As further grounds for this motion, the Plaintiff asserts that:

1. This motion is in conformity with the Local Rules, could possibly lead to amicable settlement of this matter and could save the parties and considerable expenditures of time and money;

2. The Defendant assents to this Motion.

Should mediation be unsuccessful at resolving this matter, the Plaintiff intends to take action on the Defendant's failure to respond to Discovery within two weeks of the mediation. The Plaintiff also submits that while it has been acting diligently in this Action it is the actions or, rather the inaction, of the Defendant which explains the lack of activity in this case. In any event, the Plaintiff is hopeful that mediation will amicably resolve this matter.

Attorney for Plaintiff, DIRECTV, Inc.

John M. McLaughlin (CT16988)
Mailing Address for
Requested Service of All Papers
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street, Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax: 413-584-6278

Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street, P.O. Box 2518
Waterbury, CT  06732-2518

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 15th day of March 2005, a copy of the foregoing Motion and affidavit in support of it said Motion was sent via first class mail to:

Orlando Garcia
93 Derby Street
New Britain, CT  06053

                                                          John M. McLaughlin, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIRECTV, Inc.** )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>**Orlando Garcia** )<br> )<br>Defendant )  | **CIVIL ACTION**<br>**NO. 303CV0925CFD**<br><br>**AFFIDAVIT IN SUPPORT OF**<br>**PLAINTIFF'S RESPONSE TO NOTICE**<br>**TO COUNSEL AND ASSENTED-TO**<br>**MOTION FOR MEDIATION** |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On July 9, 2004, the I served discovery requests upon the Defendant;

2. The Defendant's prior attorney did not respond to these discovery requests;

3. On September 21, 2004, the Defendant's Counsel filed a motion to withdraw as counsel of claiming a breakdown in communications between the Defendant and his Attorney as one ground for the motion;

4. The motion to withdraw was granted in February of 2005;

5. There has been still been no response to the Plaintiff's Discovery;

6. Recently, a member of my staff discussed the motion for mediation with the Defendant and he assented to mediation.

3/15/05
Date

John M. McLaughlin (CT16988)
Mailing Address for
Requested Service of All Papers
Green, Miles, Lipton & Fitz-Gibbon

P.O. Box 210

77 Pleasant Street, Northampton, MA 01061-0210

Phone 413-586-8218

Direct line 413-586-0865

Fax: 413-584-6278


Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street, P.O. Box 2518
Waterbury, CT  06732-2518