UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DIRECTV, INC.

    v.                      Case Number: 3:03cv925(CFD)

ORLANDO GARCIA

NOTICE TO COUNSEL
--------------------

    The above-entitled case was reported to the Court on <u>AUGUST 17, 2005</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on **September 16, 2005** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Hartford, Connecticut, August 17, 2005.


                            KEVIN F. ROWE, CLERK

                      By: _____
                            Devorah Johnson
                            Deputy Clerk