UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DIRECTV, INC. | : | |
| Vs | : | Case No.3:03CV925(CFD) |
| ORLANDO GARCIA | : | |

**JUDGMENT**

Counsel of record having reported to the court on August 17, 2005, that the above-entitled cases has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, September 21, 2005.

KEVIN F. ROWE, Clerk

BY:_____
   Devorah Johnson
   Deputy Clerk

EOD_____